| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Shane Arthur Milder Jr | Social Security number or ITIN: | xxx–xx–1505 |
| | First Name  Middle Name  Last Name | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | District of Minnesota | Date case filed for chapter: | 7    4/9/25 |
| Case number: | 25–50235 – WJF | | |

| You can receive court notices and orders by email instead of U.S. Mail via these two options: | For creditors: Register for Electronic Bankruptcy Noticing at ebn.uscourts.gov. | For debtors: Register for Debtor Electronic Bankruptcy Noticing (DeBN) at www.mnb.uscourts.gov/debn | DeBN |
|---|---|---|---|

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shane Arthur Milder Jr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8506 Stevens Rd<br>Onamia, MN 56359–7963 | |
| 4. | **Debtor's attorney**<br>Name and address | Andrew C. Walker<br>Walker & Walker Law Offices PLLC<br>4356 Nicollet Ave S<br>Minneapolis, MN 55409 | Contact phone: 612–824–4357<br>Email: curtwalkerbky@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Erik Ahlgren<br>Ahlgren Law Office<br>220 W Washington Ave<br>Suite 105<br>Fergus Falls, MN 56537 | Contact phone: 218–998–2775<br>Email: trustee@prtel.com |

Debtor **Shane Arthur Milder Jr**     Case number **25–50235**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 301 Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Hours open: Monday – Friday 8:00AM to 4:30PM<br>Contact phone: (612)–664–5200<br>Web address: www.mnb.uscourts.gov<br><br>Date: 4/10/25 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 15, 2025 at 03:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 337 844 7406, and Passcode 1764038045, OR call 1–320–409–3411** |
| | | **For additional meeting information, go to https://www.justice.gov/ust/moc** | |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 7/14/25** <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:** <br> Credit Counseling and Debtor Education Information can be found at <br> http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 7/14/25** |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Minnesota

In re:  
Shane Arthur Milder, Jr  
    Debtor

Case No. 25-50235-WJF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-5     User: admin     Page 1 of 2  
Date Rcvd: Apr 10, 2025     Form ID: 309A     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Shane Arthur Milder, Jr, 8506 Stevens Rd, Onamia, MN 56359-7963 |
| 63370188 | DCU Loans, 853 Donald Lynch Blvd, Marlborough, MA 01752-4704 |
| 63370190 | Discover Bank, Po Box 30939, Wilmington, DE 19805-7939 |
| 63370193 | Riley A Milder, 8506 Stevens Rd, Onamia, MN 56359-7963 |
| 63370194 | Shane Milder, 301 Pine St S, Onamia, MN 56359-4016 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: curtwalkerbky@gmail.com | Apr 10 2025 22:01:00 | Andrew C. Walker, Walker & Walker Law Offices PLLC, 4356 Nicollet Ave S, Minneapolis, MN 55409 |
| tr | + EDI: FEAAHLGREN | Apr 11 2025 02:01:00 | Erik Ahlgren, Ahlgren Law Office, 220 W Washington Ave, Suite 105, Fergus Falls, MN 56537-2569 |
| smg | + EDI: MINNDEPREV.COM | Apr 11 2025 02:01:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Apr 10 2025 22:01:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + Email/Text: ustpregion12.mn.ecf@usdoj.gov | Apr 10 2025 22:01:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63370186 | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2025 22:11:27 | Credit One Bank, General Correspondence, Po Box 98873, Las Vegas, NV 89193-8873 |
| 63370187 | Email/Text: bankruptcy@dcu.org | Apr 10 2025 22:01:00 | DCU, 853 Donald Lynch Blvd, Marlborough, MA 01752-4704 |
| 63370189 | Email/Text: bankruptcy@dcu.org | Apr 10 2025 22:01:00 | Digital Federal Credit Union, 220 Donald Lynch Blvd, Marlborough, MA 01752-4708 |
| 63370191 | EDI: IRS.COM | Apr 11 2025 02:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 63370192 | + EDI: MINNDEPREV.COM | Apr 11 2025 02:01:00 | Minnesota Department of Revenue, 551 Bkcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| 63370195 | + Email/Text: ustpregion12.mn.ecf@usdoj.gov | Apr 10 2025 22:01:00 | United States Trustee, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| 63370196 | + Email/Text: curtwalkerbky@gmail.com | Apr 10 2025 22:01:00 | Walker & Walker Law Office, 4356 Nicollet Ave, Minneapolis, MN 55409-2097 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2025   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew C. Walker | on behalf of Debtor 1 Shane Arthur Milder Jr curtwalkerbky@gmail.com, WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Erik Ahlgren | erik@ahlgrenlawoffice.net erik@ahlgrenlawoffice.net,eaa@trustesolutions.net,aaron@ahlgrenlawoffice.net;trustee@prtel.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3